IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~ulle~~ D.C.

05 SEP 26 PM 5: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

EARNESTINE LEWIS,

     Plaintiff,

VS.

                            NO. 04-2352-MaP

SEARS LOGISTICS SERVICES,

     Defendant.

---

ORDER OF DISMISSAL

---

    The parties have submitted a "Stipulated Notice of Voluntary Dismissal With Prejudice" in this matter indicating that this matter may be dismissed.  It is therefore ORDERED that this case is DISMISSED with prejudice, including claims for costs, expenses, and attorneys' fees.

    Entered this **26th** day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-28-05___

11

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02352 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Samuel Mays
US DISTRICT COURT